IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 0 8 2004
JAMES W. McCORMACK, CLERK
By: _____ DEP. CLERK

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV001218 |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| ARLENE JOPPRU | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| WYETH, et al. | : | DEFENDANTS |

## TRANSFER ORDER

Plaintiff has provided the information requested in the August 31, 2004 Order regarding transfer of this case. Based on that information, the United States District Court for District of Massachusetts is a more appropriate venue for this case.

Under 28 U.S.C. §1404, this case is transferred to the United States District Court for the District of Massachusetts. Accordingly, the Clerk of the Court is directed to close this case and transfer it to that district.

Additionally, the Clerk of the Court is directed to send contemporaneous copies of this transfer order to the MDL panel to allow, to the extent possible, fast-tracking of a §1407 transfer of this case back to MDL-1507 for coordinated and consolidated pretrial proceedings. Counsel is reminded of their obligations under MDL Panel Rule 7.5(e) and directed to promptly notify the MDL Panel of the new case number designated to the case in the receiving district

IT IS SO ORDERED this 8th day of November, 2004.

_____
UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 11/9/04 BY _____

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

```
                                                          TERMED TRANSF
                                                          HLJ
                      U.S. District Court
        USDC for the Eastern District of Arkansas (Little Rock)

            CIVIL DOCKET FOR CASE #: 04-CV-1218

Joppru v. Wyeth, et al                              Filed: 10/12/04
Assigned to: Judge William R. Wilson    Jury demand: Plaintiff
Demand: $0,000                          Nature of Suit:  365
Lead Docket: None                       Jurisdiction: Diversity
Dkt # in USDC E/D AR : is 4:04-cv-00388

Cause: 28:1332 Diversity-Product Liability


ARLENE JOPPRU                      Zoe Littlepage
      plaintiff                    [COR LD NTC]
                                   Joshua H. Brockman
                                   [COR LD NTC]
                                   Littlepage Booth
                                   408 Westheimer Street
                                   Houston, TX 77006
                                   (713) 529-8000


      v.


WYETH
      defendant


WYETH PHARMACEUTICALS INC
      defendant
```

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By [signature] D.C.

```
Proceedings include all events.                                    TERMED
4:04cv1218 Joppru v. Wyeth, et al
                                                                   TRANSF HLJ
10/12/04  1       COMPLAINT with jury demand, fee paid of $150.00, receipt
                  #116524 (ti) [Entry date 10/14/04]

10/12/04  --      In re Prempro case: Letter from attorney referred to Case
                  No. 4:04CV388WRW and Case No. 4:03CV1507WRW for prior
                  entries (ti) [Entry date 10/14/04]

11/8/04   2       TRANSFER ORDER by Judge William R. Wilson that based on
                  information requested in the 8/31/04 Order and provided by
                  pltf, the Clerk is directed to close this case and transfer
                  to the District of Massachusetts; Clerk is directed to send
                  copies of this transfer order to the MDL Panel; counsel is
                  reminded to notify the MDL Panel of the new case number
                  designated to the case in the receiving district; Case is
                  transferred to the District of Massachusetts (cc: all
                  counsel) (bm) [Entry date 11/09/04] [Edit date 11/09/04]
```