# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK
### 600 WEST CAPITOL AVENUE
### SUITE 402
### LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK  
CLERK

(501)604-5351  
FAX(501)604-5325

April 5, 2005

Sarah Allison Thornton  
U. S. District Court Clerk  
District of Massachusetts  
One Courthouse Way, Suite 2300  
Boston, Massachusetts 02210-3002

    Re:    MDL No. 1507 - In re Prempro Products Liability Litigation  
             E.D. AR Master Case Number 4:03CV01507 WRW  
             Patricia Lowndes v. Wyeth, et al - Your Case No. 1:04-12423  
             Arlene Joppru v. Wyeth, et al - Your Case No. 1:04-12424

Dear Ms. Thornton:

    I am hoping that you will look into a matter concerning a civil case file that should have been transferred to our district. On February 3, 2005, we notified your office of the conditional transfer order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above-referenced civil cases to the Eastern District of Arkansas. These cases were made part of the Prempro Products Liability Litigation (MDL-1507) that was assigned to the Honorable William R. Wilson, Jr. We are concerned that your office may not have received our letter of February 3, 2005, since we have not received the original record or a certified copy of the docket entries in these cases from your office.

    Enclosed are certified copies of the conditional transfer order of February 1, 2005. Please send the original pleadings and certified copies of the docket entries in these cases: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website.

    Please call me if you have any questions concerning this matter.

Sincerely,

DENNIS J. WYSOCKI  
CHIEF DEPUTY OF OPERATIONS

DJW/rm  
Enclosures

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK
CLERK
(501)604-5351

February 3, 2005

Bill Ruane
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Room 2300
Boston, Massachusetts 02210-3002

Re: MDL No. 1507 - In re Prempro Products Liability Litigation
E.D. AR Master Case Number 4:03CV01507 WRW
Patricia Lowndes v. Wyeth, et al - Your Case No. 1:04-12423
Arlene Joppru v. Wyeth, et al - Your Case No. 1:04-12424

Dear Mr. Ruane:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on February 1, 2005. Enclosed are certified copies of that order directing the transfer of your civil cases to the Eastern District of Arkansas. They are assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and certified copy of the docket entries in the cases listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures*, Volume 4, Chapter 7 § 7.07.) Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

Sincerely,

*James W. McCormack* (signature)

JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosure
cc: Hon. William R. Wilson, Jr.

A CERTIFIED TRUE COPY

JAN 26 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 10 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-39)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 01 2005

JAMES W. McCORMACK, CLERK
By: _____
    DEP CLERK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,640 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 26 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
BY _____

511

# SCHEDULE CTO-39 - TAG ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

DISTRICT DIV. C.A.#

**ALABAMA MIDDLE**
ALM   2   04-1080           Shirley Waites, et al. v. Wyeth, et al.

**ARKANSAS WESTERN**
ARW   1   04-1108           Linda Sinclair v. Wyeth, et al.
ARW   5   04-5306           Linda Reeves v. Wyeth, Inc.

**CALIFORNIA CENTRAL**
CAC   2   04-8652           Pushpa Shah, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8653           Sandy Heller, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8654           Helen Epstein, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8656           Barbara Krol, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8657           Leah Alper, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8658           Linda Troutman, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8782           Judith Hawthorne, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8785           Karen Shareff v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8786           Marilyn Steinman v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8787           Betty Andelson v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8788           Willa Weissmer, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8789           Eileen Wasser v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8791           Ferdous Broumandi, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8793           Elaine McMurray v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8794           Virginia Mullikin v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8796           Carolyn Engel, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8797           Miriam Reinhardt v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8798           Judith Kriss v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8799           Barbara McBride, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8800           Klaire Markham, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8803           Rebeca Indyk, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8804           Suzanne Kaplan, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8805           Judy Kravitz, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8806           Ofelia Rodriguez, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8807           Barbara Shelburne, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8808           Janice Gratz, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8809           Sandra Ley, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8810           Joyce Baron v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-8990           Diana Jean May Vogelbaum, et al. v. Wyeth, et al.
CAC   2   04-8993           Peggy Ann Grant, et al. v. Wyeth, et al.
CAC   2   04-8999           Mary Mathews, et al. v. Wyeth, et al.
CAC   2   04-9244           Marie Hadji v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-9246           Kimiko McCown, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC   2   04-9248           Louise Magener, et al. v. Wyeth Pharmaceuticals, Inc., et al.

**CALIFORNIA NORTHERN**
CAN   3   04-3822           Mildred Rimmer v. Wyeth Pharmaceuticals, Inc., et al.

**CONNECTICUT**
CT    3   04-1811           Tina Rich v. Wyeth, et al.

SCHEDULE CTO-39 TAG-ALONG ACTIONS (MDL-1507)

DISTRICT DIV. C. A.#                                            Page 2 of 3

FLORIDA MIDDLE
    FLM   8   04-2507     Marjorie Bonnett v. Wyeth, Inc., et al.
    FLM   8   04-2508     Susan Dye v. Wyeth, Inc., et al.
    FLM   8   04-2509     Sandra Danitz v. Wyeth, Inc., et al.
    FLM   8   04-2510     Evelyn Gutchman v. Wyeth, Inc., et al.
    FLM   8   04-2511     Jeanne Turonis v. Wyeth, Inc., et al.
    FLM   8   04-2512     Patricia S. Baldy v. Wyeth, Inc., et al.
    FLM   8   04-2513     Mary Lou Wittig v. Wyeth, Inc., et al.
    FLM   8   04-2535     Stephanie T. Fowle v. Wyeth, Inc., et al.
    FLM   8   04-2553     Joan Supplee v. Wyeth, Inc., et al.
    FLM   8   04-2599     Roberta Costa v. Wyeth, Inc., et al.

GEORGIA NORTHERN
    GAN   1   04-2978     Janelle Posey, et al. v. Wyeth, et al.
    ~~GAN   1   04-2980~~     ~~June Lewallen v. Wyeth, et al.~~ Opposed 1/26/05
    GAN   4   04-266     Betty Matthews v. Wyeth, Inc., et al.

GEORGIA SOUTHERN
    GAS   4   04-199     Mary Brown v. Wyeth, Inc., et al.

IDAHO
    ID   1   04-560     Darlene Lee v. Wyeth, et al.

ILLINOIS NORTHERN
    ILN   1   04-5377     Lynn Leader, et al. v. Wyeth, et al.

KENTUCKY WESTERN
    KYW   3   04-633     Ann Sims Barnes, et al. v. Wyeth, Inc., et al.

MASSACHUSETTS
    MA   1   04-12423     Patricia Lowndes v. Wyeth, et al.
    MA   1   04-12424     Arlene Joppru v. Wyeth, et al.

MINNESOTA
    MN   0   04-4293     Eleanor Daly v. Wyeth, et al.
    MN   0   04-4888     Beverly Adams v. Wyeth, et al.
    MN   0   04-4938     Barbara Handelman v. Wyeth, et al.
    MN   0   04-4939     Barbara Vaulet v. Wyeth, et al.

MISSISSIPPI NORTHERN
    ~~MSN   1   04-263~~     ~~Jimmie Ann Lambert v. Wyeth, Inc., et al.~~ Opposed 1/21/05
    MSN   1   04-361     Virginia Sheffield v. Wyeth, Inc., et al.

MONTANA
    MT   1   04-155     Emily Heth, et al. v. Wyeth, et al.

NEVADA
    ~~NV   2   04-1592~~     ~~Gloria Womack, et al. v. Wyeth, et al.~~ Opposed 1/26/05
    ~~NV   2   04-1593~~     ~~Betty Kruger, et al. v. Wyeth, et al.~~ Opposed 1/26/05
    ~~NV   2   04-1594~~     ~~Elaine Pierce, et al. v. Wyeth, et al.~~ Opposed 1/26/05
    ~~NV   2   04-1595~~     ~~Norma Early, et al. v. Wyeth, et al.~~ Opposed 1/26/05
    ~~NV   2   04-1596~~     ~~Ruselle Campbell, et al. v. Wyeth, et al.~~ Opposed 1/26/05
    ~~NV   2   04-1597~~     ~~Marlene Russing, et al. v. Wyeth, et al.~~ Opposed 1/26/05
    ~~NV   2   04-1598~~     ~~Marion Manausa, et al. v. Wyeth, et al.~~ Opposed 1/26/05
    ~~NV   2   04-1599~~     ~~Darlene Auburn, et al. v. Wyeth, et al.~~ Opposed 1/26/05
    ~~NV   2   04-1600~~     ~~Ruth Albin-Hering, et al. v. Wyeth, et al.~~ Opposed 1/26/05
    ~~NV   2   04-1601~~     ~~Dorene Knowles, et al. v. Wyeth, et al.~~ Opposed 1/26/05

<mark>Case 1:04-cv-12424-PBS    Document 4-2    Filed 04/11/2005    Page 4 of 4</mark>

SCHEDULE CTO-39 TAG-ALONG ACTIONS (MDL-1507)                                      Page 3 of 3

<u>DISTRICT DIV. CIVIL ACTION#</u>

~~NV    2    04-1602~~    ~~June Brooks, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    2    04-1606~~    ~~Linda Schecht, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    2    04-1607~~    ~~Janice Weish, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    2    04-1608~~    ~~Dolly Tucker, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    2    04-1609~~    ~~Valorie Delcontie, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    2    04-1610~~    ~~Permentha Pampe, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    2    04-1611~~    ~~Nancy Mosner, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    2    04-1612~~    ~~Carol Einhorn, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    2    04-1613~~    ~~Vesta Woodhouse, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    2    04-1614~~    ~~Sally Hellman, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    2    04-1615~~    ~~Shirley Wernikove, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    2    04-1616~~    ~~Elizabeth Gerbert, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    2    04-1617~~    ~~Judy Pivar, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    3    04-672~~    ~~Shyrl Bailey, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    3    04-673~~    ~~Linda Baumgardner, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    3    04-674~~    ~~Diane Davis, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    3    04-675~~    ~~Lorraine Van Brocklin, et al. v. Wyeth, et al.~~ Opposed 1/26/05
~~NV    3    04-681~~    ~~Carol McCreary, et al. v. Wyeth, et al.~~ Opposed 1/26/05

NEW YORK NORTHERN
    NYN    1    04-1319         Nina Schilling v. Wyeth, et al.

NEW YORK SOUTHERN
    NYS    1    04-8996         Dorothea Bishop v. Wyeth, Inc., et al.
    NYS    1    04-9443         Barbara Frank v. Wyeth, et al.

OHIO NORTHERN
    OHN    3    04-7679         Cathy Hilkens, et al. v. Wyeth, et al.
    OHN    3    04-7708         Donna Toitch, et al. v. Wyeth, Inc., et al.

OREGON
    OR    3    04-1706          Rebecca Noyes, et al. v. Wyeth, et al.

SOUTH CAROLINA
    SC    3    04-23274         Bette McClure, et al. v. Wyeth, et al.

TEXAS NORTHERN
    TXN    3    04-2181         Mary L. Bush v. Wyeth, Inc., et al.

UTAH
    UT    1    04-164           Lynda MacKenzie v. Wyeth, et al.

VIRGINIA WESTERN
    VAW    1    04-119          Louise Meade, et al. v. Wyeth, Inc., et al.

VERMONT
    VT    2    04-328           Pamela Zarra-Redden v. Wyeth, et al.