

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

| TO: | RE: |
|---|---|
| Dennis J. Wysocki | CIVIL ACTION #. 04-12424 |
| USDC, Eastern District of Arkansas | CRIMINAL #. |
| 600 West Capitol Ave, Suite 402 | |
| Little Rock, Arkansas 72201-3325 | |

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on 2/3/05 by the Honorable Patti B. Saris.

The following documents are included in our file and transmitted herewith:

( x )   Certified copy of the docket entries;

( x )   Certified copy of the transferral order;

( x )   Original documents numbered 1, 2, and 4

(   )   

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date: 4/19/05            By: /s/ Christine M. Patch
                                    Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)